✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 2 8 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Ali Islam,
a.k.a. Alexander Morgan,
a.k.a. Ali Hamadi,

Defendant.

CR-17-00442-PHX-DLR(MHB)

**INDICTMENT**

VIO: 18 U.S.C. § 1542 (False Statement in Application for Passport)
Count One

18 U.S.C. § 1546(a) (Fraud and Misuse of Visas, Permits, and Other Entry Documents)
Count Two

18 U.S.C. § 1001(a)(2) (False Statement and Representation Made to a Department or Agency of the United States)
Count Three

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about December 8, 2015, in the District of Arizona, the defendant, ALI ISLAM, aka, ALEXANDER MORGAN, aka ALI HAMADI, willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated he was born in Syria Ahwaz, which statement he knew to be false as, in truth and in fact, he was born in Iran.

In violation of Title 18, United States Code, Section 1542.

**COUNT TWO**

On or about December 8, 2015, in the District of Arizona, the defendant, ALI ISLAM, aka, ALEXANDER MORGAN, aka ALI HAMADI, did knowingly use and attempt to use an other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a Certificate of Naturalization in the name of Ali Islam, which the defendant knew to be forged, counterfeited, altered, falsely made, in that the defendant presented the Certificate of Naturalization to a U.S. Passport Official with an altered Country of Former Nationality.

In violation of Title 18, United States Code, Section 1546(a).

**COUNT THREE**

On or about December 8, 2015, the defendant, ALI ISLAM, aka, ALEXANDER MORGAN, aka ALI HAMADI, did willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of Government of the United States, by False Statement and Representation in an Application for U.S. Passport to a U.S. Passport Official, located at the Arizona Supreme Court, at Phoenix, in the District of Arizona that he was born in Ahwaz Syria. The statement and representations were false because, as ALI ISLAM, aka, ALEXANDER MORGAN, aka ALI HAMADI then and there knew, he was born in Iran.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: March 28, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
KATHY J. LEMKE
Assistant U.S. Attorney